# UNITED STATES, Appellee

v

## EZEKIEL WASHINGTON, Specialist Second Class, U. S. Army, Appellant

### 8 USCMA 494, 24 CMR 304

No. 10,369

Decided December 13, 1957

*Major Edward Fenig* and *First Lieutenant Edwin E. Allen* were on the brief for Appellant, Accused.

*Lieutenant Colonel John G. Lee* and *First Lieutenant Jay D. Fischer* were on the brief for Appellee, United States.

## Opinion of the Court

HOMER FERGUSON, Judge:

The accused's unauthorized absence from his organization, terminated by apprehension, resulted in his subsequent conviction of desertion, in violation of Article 85, Uniform Code of Military Justice, 10 USC § 885. The accused pleaded guilty to the lesser included offense of absence without leave in violation of Article 86, of the Code, supra, 10 USC § 886. The conviction of desertion must be set aside. The instructions were erroneous and prejudicial. United States v Soccio, 8 USCMA 477, 24 CMR 287. The record is returned to The Judge Advocate General of the Army for reference to a board of review. The board, in its discretion, may affirm the lesser offense of absence without leave and reassess the sentence, or it may order a rehearing on the desertion charge.

Chief Judge QUINN concurs.

LATIMER, Judge (dissenting):

I dissent for reasons expressed in my concurring opinion in United States v Soccio, 8 USCMA 477, 24 CMR 287, decided this day.